**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| TIMOTHY WAYNE EDDINGTON, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 7:26-CV-00042-WLS-AGH |
| Warden WILLIE THOMAS, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

Before the Court is a Recommendation from United States Magistrate Judge Amelia G. Helmick. (Doc. 23.) In the Recommendation, Judge Helmick recommends that this action be dismissed and that Plaintiff's "motion to expedite . . . and a preliminary injunction," (Doc. 1), and Plaintiff's motion to amend his motion to expedite a temporary restraining order and preliminary injunction, (Doc. 4), be denied as moot. The Recommendation and 28 U.S.C. § 636(b)(1) provided the parties fourteen days to file an objection. (Doc. 15 at 3.)

Because neither party objected, the Court reviews the Recommendation for plain error and manifest injustice. *See United States v. Aponte*, 461 F. App'x 828, 820 n.2 (11th Cir. 2012). Upon full review and consideration of the record, the Court finds neither plain error nor manifest injustice in Judge Helmick's Recommendation. The Recommendation, (Doc. 15), is therefore **ACCEPTED**, **ADOPTED**, and made the Order of this Court, for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's action is **DISMISSED without prejudice** and Plaintiff's Motion to Expedite an Emergency Temporary Restraining Order and for a Preliminary Injunction, (Doc. 1), and Plaintiff's Motion to Amend the Motion for a Temporary Restraining Order and for a Preliminary Injunction, (Doc. 4), are **DENIED as moot**.

**SO ORDERED**, this 2nd day of September, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**