IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

TIMOTHY WAYNE EDDINGTON, *

Plaintiff, *

v. Case No. 7:26-cv-42 (WLS-AGH)

*

WARDEN, WILLIE THOMAS, et al.,

*

Defendants.

*

**J U D G M E N T**

Pursuant to this Court's Order dated 9/2/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 2nd day of September, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk